

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2015

No. 04-15-00416-CV

**IN THE INTEREST OF A.H., A.H., AND A.H.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00033
Honorable Brenda Chapman, Judge Presiding

## O R D E R

In this accelerated appeal of an order terminating the parental rights of each parent, the children's mother and father filed separate notices of appeal and separate briefs. The father's brief was filed on September 8, 2015; the mother's brief was filed on September 14, 2015. The State's brief was due on September 28, 2015. *See* TEX. R. APP. P. 38.6(b).

On the due date, the State filed a first motion for an extension of time to file its briefs until October 5, 2015. The State filed is response to the father's brief on September 29, 2015, and its response to the mother's brief on October 2, 2015.

The State's motion is GRANTED. *See id.* R. 38.6(d). The State's briefs are deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court